IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SEAN D. WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:20cv428-MHT |
| | ) | (WO) |
| JASON SMOAK, PA, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate
in the Houston County Jail, filed this lawsuit
complaining that the defendant medical provider denied
him access to adequate medical treatment and a
physician for various health problems.  This lawsuit is
now before the court on the recommendation of the
United States Magistrate Judge that plaintiff's case be
dismissed without prejudice for failure to comply with
the orders of the court and prosecute this action.
There are no objections to the recommendation.  After
an independent and de novo review of the record, the

court     concludes     that     the     magistrate     judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of October, 2020.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE